United States District Court
Southern District of Texas
**ENTERED**
March 23, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VIOLA ERVETTE EDWARDS, § § Plaintiff, § § VS. § § COMMISSIONER OF SOCIAL § SECURITY BENEFIT, § § Defendant. § | CIVIL ACTION NO. 4:22-CV-00520 |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on March 6, 2023. Doc. #19. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, Plaintiff's Motion for Summary Judgment (Doc. #12) is GRANTED, Defendant's Motion for Summary Judgment (Doc. #14) is DENIED, and the Commissioner of the Social Security Administration's decision is VACATED. This matter is REMANDED for further administrative proceedings consistent with Judge Ho's Memorandum and Recommendation.

It is so ORDERED.

MAR 2 2 2023
Date

The Honorable Alfred H. Bennett
United States District Judge