United States District Court
Southern District of Texas
**ENTERED**
August 22, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VIOLA ERVETTE EDWARDS, § <br> § <br> Plaintiff, § <br> § <br> VS. § <br> § <br> COMMISSIONER OF SOCIAL § <br> SECURITY BENEFIT, § <br> § <br> Defendant. § | CIVIL ACTION NO. 4:22-CV-00520 |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on August 7, 2023. Doc. #24. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, Plaintiff's Motion for Attorneys' Fees (Doc. #21) is GRANTED IN PART. Plaintiff is awarded $8,401.69 in reasonable attorneys' and paralegal fees. Defendant is ORDERED to pay Plaintiff's attorneys' and paralegal fees, and that payment is to be sent to Plaintiff's attorney.

It is so ORDERED.

AUG 2 2 2023
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge